Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

**K.J., a minor by and through his Natural Parent and Guardian Aimee Perry; J.R., a minor by and through his Natural Parent and Guardian Danielle Smith,**

Plaintiff,

vs.

**Clark County School District, a Political Subdivision of the State of Nevada, Hearley Smith V, individually and in his official capacity, Adam Canfield, in his official capacity, David Kennedy, individually and in his official capacity, LJ Lord Oroke, individually and in his official capacity, Allen Frischmann, individually and in his official capacity, Doe Coach Alex, individually and in his official capacity, Employee Doe, DOES I through XX, inclusive,**

Defendants.

Case No.: 2:25-cv-01561-MMD-DJA

**Stipulation and Order to Extend Discovery (Second Request)**

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR

26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No. 34], as set forth below.

**A. Pursuant to LR 26-3(a), the parties stipulate that the following discovery was completed:**

1. The parties have served initial disclosures pursuant to FRCP 26(a)(1) and supplements thereto;
2. Plaintiff has propounded written discovery on Defendants;
3. Defendants have answered written discovery requests;
4. Defendants have propounded written discovery on Plaintiffs;
5. Plaintiffs have answered written discovery requests;
6. The deposition of Defendant David Kennedy;
7. The Deposition of Defendant Allen Frischmann.

**B. Pursuant to LR 26-3(b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of Plaintiffs;
2. Deposition of Defendants;
3. Deposition of Defendant's FRCP 30(b)(6) witnesses and/or employees;
4. Initial expert disclosures;
5. Rebuttal Expert Disclosures;
6. Deposition of percipient witnesses;
7. Depositions of Plaintiffs' medical providers;
8. Depositions of each party's respective experts;
9. Additional Written Discovery; and
10. Any other discovery that may become necessary upon completion of the discovery above.

STIPULATION AND ORDER TO EXTEND DISCOVERY (SECOND REQUEST)

**C. Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:**

The parties have been diligent in conducting discovery thus far. Specifically, the parties have served their initial disclosures and have all party depositions scheduled.

Currently, the depositions of Defendants Adam Canfield, LJ Lord Oroke, and the Clark County School District FRCP 30(b)(6) witness(es) are days away from the parties' current initial expert disclosure deadline. Plaintiffs contend that the depositions of these Defendants are necessary in advance of the current initial expert disclosure deadline.

Defendant Adam Canfield's deposition is scheduled for April 2, 2026, Defendant LJ Lord Oroke's deposition is scheduled for April 14, 2026, and the Clark County School District FRCP 30(b)(6) witness(es) deposition is scheduled for April 16, 2026. Therefore, additional time is needed to complete these depositions. Based on the outstanding discovery still needed, there is good cause to extend the discovery deadlines forty-five (45) days.

**D. Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by forty-five (45) days, as set forth below:

1.  Extend the discovery cut-off deadline from 6/15/26 to 7/30/26;
2.  Extend the deadline to amend the pleadings and add parties from 3/16/26 to 4/30/26;
3.  Extend the deadline for initial expert disclosures from 4/17/26 to 6/1/26;
4.  Extend the date to disclose rebuttal expert witnesses from 5/15/26 to 6/29/26;
5.  Extend the date to file dispositive motions from 7/14/26 to 8/28/26; and
6.  Extend the date to file the Joint Pre-Trial Order from 8/14/26 to 9/28/26.  If

STIPULATION AND ORDER TO EXTEND DISCOVERY (SECOND REQUEST)

dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

7.  Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

DATED this 13th day of March, 2026

H&P LAW

/s/ Marjorie Hauf
_____
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 13th day of March, 2026

GREENBERG TRAURIG, LLP

 /s/ Alix R. Goldstein
_____
Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Kara B. Hendricks, Esq.
Nevada Bar No. 7743
Alix R. Goldstein, Esq.
Nevada Bar No. 16540
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Attorneys for Defendants
*Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, and Allen Frischmann*

**IT IS SO ORDERED.**

Dated: 3/16/2026
_____

_____
UNITED STATES MAGISTRATE JUDGE

**4** of **4**

STIPULATION AND ORDER TO EXTEND DISCOVERY (SECOND REQUEST)