Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **K.J., a minor by and through his Natural Parent and Guardian Aimee Perry; J.R., a minor by and through his Natural Parent and Guardian Danielle Smith,**<br><br>Plaintiff,<br>vs.<br><br>**Clark County School District, a Political Subdivision of the State of Nevada, Hearley Smith V, individually and in his official capacity, Adam Canfield, in his official capacity, David Kennedy, individually and in his official capacity, LJ Lord Oroke, individually and in his official capacity, Allen Frischmann, individually and in his official capacity, Doe Coach Alex, individually and in his official capacity, Taheesha Johnson, individually and in her official capacity, Employee Doe, DOES I through XX, inclusive,**<br><br>Defendants. | Case No.: 2:25-cv-01561-MMD-DJA<br><br>**Stipulation and Order** |

COME NOW Plaintiff K.J., a minor by and through his Natural Parent and Guardian Aimee Perry by and through their counsel of record, of H&P Law, J.R., a minor by and through his Natural Parent and Guardian Danielle Smith, by and through his counsel of record, of

FLANGAS LAW FIRM, LTD and HANSEN & HARMON INJURY LAW and Defendants Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, Allen Frischmann, and Taheesha Johnson by and through their counsel of record of GREENBERG TRAURIG, LLP, and hereby STIPULATE AND AGREE as follows:

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that a complete copy of any and all psychosexual evaluations completed by John S. Pacult, LCSW Inc. on Hearley Smith V for criminal case number C-25-390151-1 be produced.

**IT IS FURTHER STIPULATED, AGREED AND ORDERED that** John S. Pacult, LCSW Inc. will produce all psychosexual evaluations no later than 30 days after the date of this order.

DATED this 10th day of August, 2026

H&P LAW
*Bre'Ahn Brooks*_______________
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff K.J.*

FLANGAS LAW FIRM, LTD

*Thomas M. Fronczek*__________
Leo P. Flangas, Esq.
Nevada Bar No.: 5637
Thomas M. Fronczek, Esq.
Nevada Bar No.: 11380
616 S. 8th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
*J.R.*

DATED this 10th day of August, 2026

GREENBERG TRAURIG, LLP
*Alix. R. Goldstein*__________
Kara B. Hendricks, Esq.
Nevada Bar No. 7743
Alix R. Goldstein, Esq.
Nevada Bar No. 16540
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Attorneys for Defendants
*Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, Allen Frischmann and Taheesha Johnson*

HANSEN & HARMON INJURY LAW

*Amanda A. Harmon*__________
Kevin R. Hansen, Esq.
Nevada Bar No.: 6336
Amanda A. Harmon, Esq.
Nevada Bar No.: 15930
2625 S. Rainbow Blvd. Suite C-106
Las Vegas, Nevada 89146
Attorneys for Plaintiff
*J.R.*

**IT IS SO ORDERED.**

Dated: 8/12/2026

____________________________
UNITED STATES MAGISTRATE JUDGE