Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

**K.J., a minor by and through his Natural Parent and Guardian Aimee Perry; J.R., a minor by and through his Natural Parent and Guardian Danielle Smith,**

Plaintiff,

vs.

**Clark County School District, a Political Subdivision of the State of Nevada, Hearley Smith V, individually and in his official capacity, Adam Canfield, in his official capacity, David Kennedy, individually and in his official capacity, LJ Lord Oroke, individually and in his official capacity, Allen Frischmann, individually and in his official capacity, Doe Coach Alex, individually and in his official capacity, Taheesha Johnson, individually and in her official capacity, Employee Doe, DOES I through XX, inclusive,**

Defendants.

Case No.: 2:25-cv-01561-MMD-DJA

**~~Stipulation and~~ Order**

COME NOW Plaintiff K.J., a minor by and through his Natural Parent and Guardian Aimee Perry by and through their counsel of record, of H&P Law, J.R., a minor by and through his Natural Parent and Guardian Danielle Smith, by and through his counsel of record, of FLANGAS LAW FIRM, LTD and HANSEN & HARMON INJURY LAW and Defendants Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, Allen Frischmann, and Taheesha Johnson by and through their counsel of record of GREENBERG TRAURIG, LLP, and hereby STIPULATE AND AGREE as follows:

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that on November 17, 2026, the parties filed a Stipulation and Order [ECF No. 76] regarding amending the case caption to remove Natural Parent and Guardian Aimee Perry and to change the name of Plaintiff K.J.

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that the Court has not entered an order approving the prior stipulation [ECF No. 76].

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that pursuant to LR 7-1 and LR 77-1(a)(3)(C), the parties prior stipulation [ECF No. 76] be deemed withdrawn from the Court's consideration and that no further action be taken on that filing.

DATED this 19th day of November, 2026

H&P LAW

*/s/ Marjorie Hauf*

Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff K.J.*

DATED this 19th day of November, 2026

GREENBERG TRAURIG, LLP

*/s/ Alix R. Goldstein*

Kara B. Hendricks, Esq.
Nevada Bar No. 7743
Alix R. Goldstein, Esq.
Nevada Bar No. 16540
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Attorneys for Defendants
*Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, Allen Frischmann and Taheesha Johnson*

DATED this 19th day of November, 2026

FLANGAS LAW FIRM, LTD

*/s/ Thomas M. Fronczek*

Leo P. Flangas, Esq.
Nevada Bar No.: 5637
Thomas M. Fronczek, Esq.
Nevada Bar No.: 11380
616 S. 8th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
*J.R.*

DATED this 19th day of November, 2026

HANSEN & HARMON INJURY LAW

*/s/ Amanda A. Harmon*

Kevin R. Hansen, Esq.
Nevada Bar No.: 6336
Amanda A. Harmon, Esq.
Nevada Bar No.: 15930
2625 S. Rainbow Blvd. Suite C-106
Las Vegas, Nevada 89146
Attorneys for Plaintiff
*J.R.*

IT IS THEREFORE ORDERED that the instant stipulation (ECF No. 77) is GRANTED and the withdrawn stipulation (ECF No. 76) is DENIED AS MOOT.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2026

## Brooke Gradney

| | |
|---|---|
| **From:** | Toby Fronczek <toby@flangaslawfirm.com> |
| **Sent:** | Thursday, November 19, 2026 10:35 AM |
| **To:** | Amanda Harmon; Isabel Roblero; Alix.Goldstein@gtlaw.com; hendricksk@gtlaw.com; escobargaddie@gtlaw.com; Morrill, Steph (Para-LV-LT); Cynthia.Ney@gtlaw.com; Kevin Hansen; Michael Janosik; Leo Flangas; Alex Ghibaudo; Ami Meyers; Natasha A. Smith; Cosette Fronczek |
| **Cc:** | Bre'Ahn Brooks; Randy Chalfin; Brooke Gradney |
| **Subject:** | Re: K.J. v CCSD - Stipulation and Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You can sign for Leo or me as well.

Best,
*Thomas "Toby" Fronczek*
Associate Attorney
Ph. (702) 384-1990
Fax (702) 720-2221
Flangas Civil Law Firm, LTD.
616 S. 8th Street
Las Vegas, NV 89101

---

**From:** Amanda Harmon <amanda@hansenharmon.com>
**Sent:** Thursday, November 19, 2026 10:34 AM
**To:** Isabel Roblero <iroblero@CourtRoomProven.com>; Alix.Goldstein@gtlaw.com <Alix.Goldstein@gtlaw.com>; hendricksk@gtlaw.com <hendricksk@gtlaw.com>; escobargaddie@gtlaw.com <escobargaddie@gtlaw.com>; Morrill, Steph (Para-LV-LT) <steph.morrill@gtlaw.com>; Cynthia.Ney@gtlaw.com <Cynthia.Ney@gtlaw.com>; Kevin Hansen <kevin@hansenharmon.com>; Michael Janosik <michael@hansenharmon.com>; Leo Flangas <leo@flangaslawfirm.com>; Toby Fronczek <toby@flangaslawfirm.com>; Alex Ghibaudo <alex@flangaslawfirm.com>; Ami Meyers <ami@flangaslawfirm.com>; Natasha A. Smith <natasha@flangaslawfirm.com>; Cosette Fronczek <coco@flangaslawfirm.com>
**Cc:** Bre'Ahn Brooks <Bbrooks@CourtRoomProven.com>; Randy Chalfin <rchalfin@CourtRoomProven.com>; Brooke Gradney <bgradney@CourtRoomProven.com>
**Subject:** Re: K.J. v CCSD - Stipulation and Order

You may sign for me.

Sincerely,

Amanda A. Harmon, Esq.
HANSEN & HARMON INJURY LAW
2625 S. Rainbow Blvd., Suite C-106
Las Vegas, Nevada 89146
Phone: (702) 478-7777
Fax: (702) 728-2484
amanda@hansenharmon.com

-DISCLAIMER-

This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message and any attachments are intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 478-7777, and delete this original message. Thank you.

---

**From:** Isabel Roblero <iroblero@CourtRoomProven.com>
**Sent:** Wednesday, November 18, 2026 4:39 PM
**To:** Alix.Goldstein@gtlaw.com <Alix.Goldstein@gtlaw.com>; hendricksk@gtlaw.com <hendricksk@gtlaw.com>; escobargaddie@gtlaw.com <escobargaddie@gtlaw.com>; Morrill, Steph (Para-LV-LT) <steph.morrill@gtlaw.com>; Cynthia.Ney@gtlaw.com <Cynthia.Ney@gtlaw.com>; Amanda Harmon <amanda@hansenharmon.com>; Kevin Hansen <kevin@hansenharmon.com>; Michael Janosik <michael@hansenharmon.com>; leo@flangaslawfirm.com <leo@flangaslawfirm.com>; toby@flangaslawfirm.com <toby@flangaslawfirm.com>; alex@flangaslawfirm.com <alex@flangaslawfirm.com>; ami@flangaslawfirm.com <ami@flangaslawfirm.com>; natasha@flangaslawfirm.com <natasha@flangaslawfirm.com>; coco@flangaslawfirm.com <coco@flangaslawfirm.com>
**Cc:** Bre'Ahn Brooks <Bbrooks@CourtRoomProven.com>; Randy Chalfin <rchalfin@CourtRoomProven.com>; Brooke Gradney <bgradney@CourtRoomProven.com>
**Subject:** K.J. v CCSD - Stipulation and Order

Good afternoon counsel,

Please see the attached Stipulation and Order withdrawing previous stipulation. If it is acceptable, please let me know if I may affix your electronic signatures.

Thank you,

H&P LAW

**Isabel Roblero**
**Litigation Paralegal**
710 S. 9th Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
www.courtroomproven.com

## Brooke Gradney

**From:** Alix.Goldstein@gtlaw.com
**Sent:** Thursday, November 19, 2026 7:31 AM
**To:** Isabel Roblero; hendricksk@gtlaw.com; escobargaddie@gtlaw.com; Steph.Morrill@gtlaw.com; Cynthia.Ney@gtlaw.com; amanda@hansenharmon.com; kevin@hansenharmon.com; michael@hansenharmon.com; leo@flangaslawfirm.com; toby@flangaslawfirm.com; alex@flangaslawfirm.com; ami@flangaslawfirm.com; natasha@flangaslawfirm.com; coco@flangaslawfirm.com
**Cc:** Bre'Ahn Brooks; Randy Chalfin; Brooke Gradney
**Subject:** RE: K.J. v CCSD - Stipulation and Order

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You may affix my signature. Thanks.

**Alix Goldstein**
Associate

Greenberg Traurig, LLP
10845 Griffith Peak Drive | Suite 600 | Las Vegas, NV 89135
T +1 702.938.6879
Alix.Goldstein@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

**From:** Isabel Roblero <iroblero@CourtRoomProven.com>
**Sent:** Wednesday, November 18, 2026 4:39 PM
**To:** Goldstein, Alix (Assoc-LV-LT) <Alix.Goldstein@gtlaw.com>; Hendricks, Kara (Shld-LV-LT) <hendricksk@gtlaw.com>; Escobar-Gaddi, Evy (LSS-LV-LT) <escobargaddie@gtlaw.com>; Morrill, Steph (Para-LV-LT) <Steph.Morrill@gtlaw.com>; Ney, Cynthia L. (Para-LV-LT) <Cynthia.Ney@gtlaw.com>; Amanda Harmon <amanda@hansenharmon.com>; Kevin Hansen <kevin@hansenharmon.com>; Michael Janosik <michael@hansenharmon.com>; leo@flangaslawfirm.com; toby@flangaslawfirm.com; alex@flangaslawfirm.com; ami@flangaslawfirm.com; natasha@flangaslawfirm.com; coco@flangaslawfirm.com
**Cc:** Bre'Ahn Brooks <Bbrooks@CourtRoomProven.com>; Randy Chalfin <rchalfin@CourtRoomProven.com>; Brooke Gradney <bgradney@CourtRoomProven.com>
**Subject:** K.J. v CCSD - Stipulation and Order

***EXTERNAL TO GT***

Good afternoon counsel,

Please see the attached Stipulation and Order withdrawing previous stipulation. If it is acceptable, please let me know if I may affix your electronic signatures.

Thank you,

H&P LAW

**Isabel Roblero**
**Litigation Paralegal**
710 S. 9th Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
www.courtroomproven.com

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.